$ 02.33⁰

UNITED STATES POSTAGE

NOV 01 2007

MAILED FROM ZIP CODE 93210

RECEIVED

NOV - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHRIS BASS
PO BOX 8501
PVSP A1-233
Coalinga CA
93210

CLERK of THE COURT
United States District Court
450 Golden Gate Ave

San Francisco    CA I
94/02

THIS MAIL GENERATED FROM STATE PRISON
PLEASANT VALLEY STATE PRISON

Law Library
Facility A

LEGAL MAIL