**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

February 1, 2008

Clerk, U.S. District Court
Eastern District of California
501   I   Street, Suite 4-200
Sacramento, CA 95814-7300

RE: CV 07-05646 CW   ARTHUR G. GARNER-v-JAMES YATES

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☐ Original case file documents.
- ☒ **Please access our electronic record through CM/ECF System**.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Clara Pierce
Case Systems Administrator

Enclosures
Copies to counsel of record