UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**FILED** FEB - 6 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF COURT OAKLAND CALIFORNIA

**RECEIVED** FEB 4 2008 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY_____DEPUTY CLERK

February 1, 2008

Clerk, U.S. District Court
Eastern District of California
501  I  Street, Suite 4-200
Sacramento, CA 95814-7300

RE: CV 07-05646 CW   ARTHUR G. GARNER-v-JAMES YATES

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☐ Original case file documents.
- ☒ **Please access our electronic record through CM/ECF System.** See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Clara Pierce
Case Systems Administrator

Enclosures
Copies to counsel of record